458

## No. 17,133.

### KNOWLES *v.* SALTER ET AL.
(270 P. [2d] 1053)

Decided May 24, 1954.   Rehearing denied June 14, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. HOWARD ROEPNACK, for plaintiff in error.

Mr. JOHN P. THOMPSON, Mr. GLENN G. SAUNDERS, for defendants in error.